IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE MILLER, Individually and as Parent and Natural Guardian of M.C. a minor,** : : : : **Plaintiff,** : : v. : : **VIOLET SCHMID, Individually and as Trustee of The Gerald and Violet Schmid Trust** : : : : **and** : : **GERALD SCHMID, Individually and as Trustee of The Gerald and Violet Schmid Trust** : : : : **Defendants.** : | Civil No. 1:22-CV-00958 Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 4th day of March, 2024, upon consideration of Defendants' motion for summary judgment (Doc. 33), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Granted as to Count I with respect to Gerald Schmid on June 21, 2020, but otherwise denied with respect to Violet Schmid on June 21, 2020, and with respect to both Defendants thereafter;

2. Granted as to Count II;

3. Granted as to Count III;

4. Denied as to Count IV;

5. Denied as to Count V;

6. Granted as to Count VI;

7. Granted as to Count VII;

8. Denied as to Count VIII; and

9. Granted as to the requests for punitive damages.

                                                 /s/ Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge